UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANCE GARDENHIRE, on behalf of himself and all others similarly situated

    Plaintiff,

v.                                      Case No. 3:20-cv-187-J-32JBT

BMB ENTERPRISES, INC.,

    Defendant.

## **O R D E R**

Upon review of Plaintiff Lance Gardenhire's Notice of Voluntary Dismissal (Doc. 5), filed on March 26, 2020, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of March, 2020.

                                                TIMOTHY J. CORRIGAN
                                                United States District Judge

tnm
Copies:

Counsel of record